UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JERMAINE DEVON WATKINS, | ) | CASE NO. C08-0618-RAJ |
| Petitioner, | ) | |
| v. | ) | |
| | ) | ORDER DENYING § 2254 PETITION |
| PAT GLEBE, | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, respondent's answer, petitioner's response, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition for a writ of habeas corpus (Dkt. No. 6) is DENIED and this action is dismissed with prejudice; and

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 21st day of November, 2008.

The Honorable Richard A. Jones
United States District Judge